UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JARED MATTHEW SANCHEZ | CIVIL ACTION NO. 6:05-1393 |
| VS. | JUDGE MELANÇON |
| SID HEBERT, ET AL | MAGISTRATE JUDGE METHVIN |

JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that plaintiff's Civil Rights Complaint be DISMISSED for failure to prosecute pursuant to FRCP Rule 41(b) and LR41.3W.

THUS DONE AND SIGNED in Chambers in Lafayette, Louisiana this 30th day of January, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE